[No 8,222.—Department Two.]
Aug. 29, 1882.

## MICHAEL PARKER ET AL. v. THE SAVAGE PLACER MINING CO.

MECHANICS' LIENS—VARIANCE.—In an action by several plaintiffs to fore-
close mechanics' liens, the complaint, in each count, alleged that the
plaintiff therein named performed labor at the special instance and re-
quest of the defendant, and that the defendant agreed to pay therefor,
etc. From the evidence it appeared that the defendant employed one
H. to run a tunnel in its mine at a stipulated price, and H. employed the
plaintiffs to perform the work upon the tunnel at a stipulated sum per
day. H. failed to pay them for their work, and thereupon they filed
their liens. Judgment passed in their favor.

*Held:* There was no error in the proceedings. The complaints in each case
(as stated in the syllabus) alleged that the work was done at the request
of the defendant, and that the defendant agreed to pay, etc.

APPEAL from a judgment for plaintiffs, and from an order
denying a new trial, in the Superior Court of the County of
Sierra. HOWE, J.

A motion for nonsuit was made on the ground of variance.

*Pierce Evans, Lindsay & Dickson, S. B. Davidson,* for Ap-
pellant.

*P. Vanclief,* for Respondent.

The COURT:

In this case the Court below gave judgment in favor of the
plaintiffs for certain claims made by them under the Mechan-
ics' Lien law. It appears from the evidence in the case that
the defendant employed one John Hurley to run a tunnel in
its mine, at a stipulated price, and Hurley employed the
plaintiffs to perform the work upon the tunnel, at a stipu-
lated price per day. Hurley failed to pay them for such
work, and they thereupon filed their liens for the same.
Judgment passed in their favor, and we find no error in the
proceedings.

Judgment and order affirmed.